IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CARDENAS,<br><br>              Petitioner,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>              Respondent. | No. CV-F-05-565 REC<br>(No. CR-F-95-5030 MDC)<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY |

    The court hereby declines to issue a certificate of appealability, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right.

    IT IS SO ORDERED.

**Dated: September 19, 2005**           **/s/ Robert E. Coyle**
668554           UNITED STATES DISTRICT JUDGE

1