IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL CARDENAS, | ) | No. CV-F-05-565 REC/OWW |
| | ) | (No. CR-F-95-5030 MDC/OWW) |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF |
| Petitioner, | ) | COURT TO TRANSFER |
| | ) | PETITIONER'S APPLICATION FOR |
| vs. | ) | LEAVE TO FILE SECOND OR |
| | ) | SUCCESSIVE SECTION 2255 |
| | ) | MOTION (Docs. 374, 375, 376) |
| UNITED STATES OF AMERICA, | ) | TO THE NINTH CIRCUIT COURT |
| | ) | OF APPEALS |
| | ) | |
| Respondent. | ) | |
| | ) | |

On May 8, 2008, Petitioner Raul Cardenas, proceeding *in pro per,* filed in this Court an application for order authorizing the District Court to consider a second or successive motion for relief under 28 U.S.C. § 2255 (Doc. 374), a memorandum in support of the application (Doc. 375), and an application to proceed *in forma pauperis* (Doc. 376).

Ninth Circuit Rule 22-3(a) provides that an application for leave to file a second or successive Section 2255 motion must be filed in the Court of Appeals and that, if a second or successive

1

1  motion is mistakenly submitted to the district court, the
2  district court shall refer it to the Ninth Circuit.
3      The Clerk of the Court is directed to transfer Docs. 374,
4  375 and 376 to the Ninth Circuit Court of Appeals.
5      IT IS SO ORDERED.
6  **Dated:   June 5, 2009**                    /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE