BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RAUL CARDENAS,<br><br>  Defendant. | CASE NO. 1:95-CR-05030 LJO<br><br>STIPULATION REFERRING MOTION FOR APPOINTMENT OF COUNSEL TO FEDERAL DEFENDER'S OFFICE AND PROBATION OFFICE AND ORDER THEREON |

The Court is in receipt of a motion requesting appointment of counsel in relation to reduce a criminal sentence pursuant to Title 18, United States Code, Section 3582(c)(2). The Court refers this motion to the Probation Office and the Office of the Federal Defender and Assistant Federal Defender Hannah Rose Labaree, pursuant to General Order No. 546. The Federal Defender's Office shall have 60 days from the date the Court approves the stipulation/order to conduct an initial review of the motion to determine the status of representation of the defendant. At such time, a notice of appearance shall be filed in the case of representation is recommended or, if not, a notice stating that appointment is not recommended.

This notice shall be served on the defendant.

///

///

///

| | |
|---|---|
| Dated: August 11, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney |
| Dated: August 11, 2015 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ *Hannah Rose Labaree*<br>HANNAH ROSE LABAREE<br>Assistant Federal Defender<br>Attorney for Defendant |

**IT IS SO ORDERED**
**Dated: August 11, 2015**

**/s/ Lawrence J. O'Neill**
**United States District Judge**

STIPULATION/ORDER REFERRING MOTION FOR SENTENCE REDUCTION